# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIEN B. KIMBLE

NO. 2025 KW 0543

**AUGUST 22, 2025**

---

In Re:  Damien B. Kimble, applying for supervisory writs, 18th Judicial District Court, Parish of Pointe Coupee, No. 81572.

---

**BEFORE:  THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.**

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT